IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| HAROLD S. FIELD, | § § § | |
| Plaintiff, | § § | |
| v. | § | 2:19-CV-120-Z-BR |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | § § § § | |
| Defendants. | § § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an order ADOPTING the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and DISMISSING the Complaint.

Judgment is entered accordingly.

April 29, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE